# Exhibit 2



**K&L GATES LLP**
70 WEST MADISON STREET
SUITE 3100
CHICAGO, IL 60602-4207
T 312.372.1121  F 312.827.8000

February 13, 2014

Sana Hakim
D 312.807.4350
F 312.827.8091
sana.hakim@klgates.com
1285789-00020

**First Class Mail and
Via E-Mail**

Daniel C. DeCarlo, Esq.
Joshua S. Hodas, Ph.D.
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

Re:   VB Conversions

Dear Mssrs. DeCarlo and Hodas:

    We represent Tyler Technologies, Inc. ("Tyler") and are in receipt of your February 6, 2014 letter. Tyler has no knowledge of the claims alleged in your letter and is in the process of investigating this matter. As I am sure you can appreciate, an investigation of this kind will take some time. We will send you a substantive response to your letter when our client has completed its investigation.

Very truly yours,

Sana Hakim

Copy to Tyler Technologies, Inc.

CI-9404954 v4

klgates.com