# Exhibit 3

| | |
|---|---|
| **From:** | Hodas, Josh |
| **To:** | Hakim, Sana; DeCarlo, Dan |
| **Subject:** | RE: VB Conversions |
| **Date:** | Thursday, February 13, 2014 6:46:48 PM |

Ms. Hakim,

Thank you for your letter.  We recognize that it may take some time to research the facts from your side.

Please provide a substantive response to our letter by February 28, 2014.  We believe that should be more than enough time.

Regards,

-Josh



**Joshua S. Hodas, Ph.D.**
**Attorney**
Josh.Hodas@lewisbrisbois.com

**221 N. Figueroa Street, Suite 1200**
**Los Angeles, CA 90012**

**T:** 213.680.5037  **F:** 213.250.7900  **M:** 626.215.1536

   

**Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Hakim, Sana [mailto:sana.hakim@klgates.com]
**Sent:** Thursday, February 13, 2014 4:23 PM
**To:** DeCarlo, Dan; Hodas, Josh
**Subject:** Re: VB Conversions

Dear Mssrs. DeCarlo and Hodas,

Please see the attached letter.

Regards,

Sana Hakim



**Sana Hakim**
K&L Gates LLP
70 West Madison Street, Suite 3200
Chicago, Illinois 60602
Phone: 312.807.4350
Fax: 312.827.8091
sana.hakim@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP.  The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this e-mail in error, please contact me at sana.hakim@klgates.com.