IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> VBCONVERSIONS LLC, <br><br> Defendant. | Civil Action No. 4:14-cv-00150 <br><br> JURY TRIAL DEMANDED |

**DEFENDANT TYLER TECHNOLOGIES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Tyler Technologies, Inc., discloses that it has no corporate parent, and no publicly held corporation owns 10% or more of its stock.

Dated: March 14, 2014         Respectfully submitted,

/s/ *John F. Sullivan*
John F. Sullivan, *Lead Attorney*
  Texas State Bar No. 19485010
  john.sullivan@klgates.com
 **K&L Gates LLP**
1000 Main St.
Suite 2550
Houston, Texas 77002
713.815.7330
713.815.7301 *Facsimile*

        Craig W. Budner
          Texas State Bar No.03313730
          craig.budner@klgates.com
        Jennifer Klein Ayers
          Texas State Bar No. 24069322
          jennifer.ayers@klgates.com
**K&L Gates LLP**
1717 Main St.
Suite 2800
Dallas, TX  75201
214.939.5500
214.939.5849 *Facsimile*

**ATTORNEYS FOR PLAINTIFF**
**TYLER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Texas, I certify that a copy of the foregoing has been served upon Defendant by First Class Mail and upon counsel for Defendant by electronic mail and First Class Mail.

        /s/ *John F. Sullivan*
        John F. Sullivan