IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> VBCONVERSIONS LLC, <br><br> Defendant. | Civil Action No. 4:14-cv-00150 |

NOTICE OF APPEARANCE OF COUNSEL FOR
PLAINTIFF TYLER TECHNOLOGIES, INC.

PLEASE TAKE NOTICE that the following individual hereby enters her appearance as counsel of record on behalf of Plaintiff Tyler Technologies, Inc.:

>Jennifer Klein Ayers
> Texas Bar No. 24069322
>  jennifer.ayers@klgates.com
>**K&L GATES LLP**
>1717 Main Street, Suite 2800
>Dallas, TX 75201
>214.939.5500
>214.939.5849 *Facsimile*

NOTICE OF APPEARANCE                                                                                              PAGE 1

Dated: March 14, 2014.                    Respectfully submitted,

   /s/ *Jennifer Klein Ayers*
Craig W. Budner
  Texas State Bar No.03313730
  craig.budner@klgates.com
Jennifer Klein Ayers
  Texas State Bar No. 24069322
  jennifer.ayers@klgates.com
**K&L Gates LLP**
1717 Main St.
Suite 2800
Dallas, TX  75201
214.939.5500
214.939.5849 *Facsimile*

John F. Sullivan, *Lead Attorney*
  Texas State Bar No. 19485010
  john.sullivan@klgates.com
 **K&L Gates LLP**
1000 Main St.
Suite 2550
Houston, Texas 77002
713.815.7330
713.815.7301 *Facsimile*

**ATTORNEYS FOR PLAINTIFF TYLER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that VBConversions LLC is being served today with a copy of the foregoing via First Class U.S. Mail.

Dated: March 14, 2014

*/s/ Jennifer Klein Ayers*
Jennifer Klein Ayers