# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**TX 7-317-237**

Effective date of registration:

March 14, 2011

---

## Title
**Title of Work:** Assignment of Rights

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** September 1, 2010   **Nation of 1st Publication:** United States

## Author
- **Author:** david a crook
  **Author Created:** text, computer program
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** VBConversions LLC
1428 2nd Street, suite 100, santa monica, CA, 90401, United States
**Transfer Statement:** By written agreement

## Limitation of copyright claim
**Material excluded from this claim:** computer program
**Previous registration and year:** tx0006285849  2004
tx0006425720  2006
**New material included in claim:** text

## Rights and Permissions
**Organization Name:** donald m gindy, plc
**Address:** 1880 century park east
suite 615
los angeles, CA 90067  United States

## Certification

Page 1 of 2

Registration #: TX0007317237
Service Request #: 1-483119381



donald m. gindy, plc
1880 century park east
suite 615
los angeles, CA 90067 United States