IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TYLER TECHNOLOGIES, INC., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:14-cv-00150 |
| VBCONVERSIONS LLC, | § § § | |
| Defendant. | § | |

## AFFIDAVIT Of JOSHUA S. HODAS, ESQ. IN SUPPORT OF MOTION TO DISMISS

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

    Before me, the undersigned authority, personally appeared Joshua S. Hodas, Esq., who is, being by me duly sworn, deposed and said under oath, as follows:

1. "My name is Joshua S. Hodas, Esq. I am over 18 years of age, and competent to make this affidavit.

2. All of my statements herein are based either upon my personal knowledge or upon a review of records in possession of VBConversions LLC ("VBC") and its Counsel pertaining to the statements made by me.

3. I am an attorney duly admitted to practice before all of the Courts of the State of California and an attorney in the law firm Lewis Brisbois Bisgaard & Smith, LLP, counsel of record herein for Defendant VBC.

4. Attached hereto as Exhibit "1" is a true and correct copy of an e-mail message I received from counsel for Plaintiff Tyler Technologies, Inc. ("Tyler") on or about February 28, 2014.

5. Subsequent to receiving this email, VBC and its counsel heard nothing further from Tyler or its counsel until VBC was informally served with the complaint herein on or about March 14, 2014.

6. Attached hereto as Exhibit "2" is a true and correct copy of the Complaint I filed on behalf of VBC against Tyler in the District Court for the Central District of California on or about March 19, 2014.

The information contained herein is within the personal knowledge of affiant and true and correct.

Further Affiant sayeth not."

Joshua S. Hodas, Esq.

SUBSCRIBED and SWORN to before me, on this 12 day of May, 2014.

NOTARY PUBLIC
IN AND FOR STATE OF CALIFORNIA



SHEILA NEALEY WASHINGTON
Commission # 1995801
Notary Public - California
Los Angeles County
My Comm. Expires Oct 27, 2016