**Hodas, Josh**

| | |
|---|---|
| **From:** | Hakim, Sana <sana.hakim@klgates.com> |
| **Sent:** | Friday, February 28, 2014 7:40 AM |
| **To:** | Hodas, Josh |
| **Cc:** | DeCarlo, Dan |
| **Subject:** | RE: VB Conversions |

Josh,

As I am certain you can understand, your letter came as a complete surprise to Tyler.  The allegations relate to activity that you claim last occurred in October 2011.  Since receiving your letter, our client retained us and as I have told you we are carefully investigating this matter.  This involves reviewing Tyler's computer systems and discussions with a number of people about events that occurred more than 2 years ago.  We are proceeding diligently and will respond as promptly as possible.

I expect that we will provide a written response no later than <u>March 14.</u>

Regards,
Sana



**Sana Hakim**
K&L Gates LLP
70 West Madison Street, Suite 3200
Chicago, Illinois 60602
Phone: 312.807.4350
Fax: 312.827.8091
sana.hakim@klgates.com
www.klgates.com

---

**From:** Hodas, Josh [mailto:Josh.Hodas@lewisbrisbois.com]
**Sent:** Thursday, February 27, 2014 1:54 PM
**To:** Hakim, Sana
**Cc:** DeCarlo, Dan
**Subject:** RE: VB Conversions

Sana,

Thank you for your note.

We are having difficulty understanding why your client would not have a substantive response by now.  We provided great detail in our February 6 letter and the reason we did so was to make it as easy as possible for your client to review and confirm our facts.  We also would like to avoid litigation as we believe the facts are not subject to dispute.

Obviously we can't force your client to respond, but your note below does not offer any guidance as to when a response will be forthcoming or even why, after three weeks, it can't respond.

1

EXHIBIT 1

If we don't make any progress by next week we will have no choice but to file our lawsuit.

Regards,

-Josh

---

**From:** Hakim, Sana [mailto:sana.hakim@klgates.com]
**Sent:** Thursday, February 27, 2014 7:10 AM
**To:** Hodas, Josh
**Cc:** DeCarlo, Dan
**Subject:** RE: VB Conversions

Mr. Hodas,

My client has been diligently conducting an investigation into the allegations in your February 6 letter, but it will need some additional time to complete its review.  Accordingly, we are not in a position to send you a response tomorrow, but will provide you with a substantive response when the review has been completed.

Regards,
Sana Hakim

**K&L GATES**

**Sana Hakim**
K&L Gates LLP
70 West Madison Street, Suite 3200
Chicago, Illinois 60602
Phone: 312.807.4350
Fax: 312.827.8091
sana.hakim@klgates.com
www.klgates.com

---

**From:** Hodas, Josh [mailto:Josh.Hodas@lewisbrisbois.com]
**Sent:** Thursday, February 13, 2014 6:47 PM
**To:** Hakim, Sana; DeCarlo, Dan
**Subject:** RE: VB Conversions

Ms. Hakim,

Thank you for your letter.  We recognize that it may take some time to research the facts from your side.

Please provide a substantive response to our letter by February 28, 2014.  We believe that should be more than enough time.

Regards,

EXHIBIT 1

-Josh

**Joshua S. Hodas, Ph.D.**
Attorney
Josh.Hodas@lewisbrisbois.com

**221 N. Figueroa Street, Suite 1200**
**Los Angeles, CA 90012**

T: 213.680.5037  F: 213.250.7900  M: 626.215.1536



**Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Hakim, Sana [mailto:sana.hakim@klgates.com]
**Sent:** Thursday, February 13, 2014 4:23 PM
**To:** DeCarlo, Dan; Hodas, Josh
**Subject:** Re: VB Conversions

Dear Mssrs. DeCarlo and Hodas,

Please see the attached letter.

Regards,

Sana Hakim



**Sana Hakim**
K&L Gates LLP
70 West Madison Street, Suite 3200
Chicago, Illinois 60602
Phone: 312.807.4350
Fax: 312.827.8091
sana.hakim@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP.  The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this e-mail in error, please contact me at sana.hakim@klgates.com.

EXHIBIT 1