**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANIEL C. DECARLO, SB# 160307
E-Mail: Dan.Decarlo@lewisbrisbois.com
DONALD M. GINDY, SB# 45228
E-Mail: Donald.Gindy@lewisbrisbois.com
JOSHUA S. HODAS, SB# 250802
E-Mail: josh.hodas@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiff,
VBCONVERSIONS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WEST REGION

| | |
|---|---|
| VBCONVERSIONS LLC, a California limited liability company, | **CASE NO. 2:14-cv-2072** |
| Plaintiff, | **COMPLAINT FOR:** |
| vs. | 1. **COPYRIGHT INFRINGEMENT;** |
| TYLER TECHNOLOGIES INC., a Delaware Corporation; and DOES 1-10, inclusive, | 2. **VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT, §1201(a)** |
| Defendants. | **DEMAND FOR JURY TRIAL** |

EXHIBIT 2

Plaintiff, VBConversions LLC, by and through its attorneys of record, herby brings its Complaint against Defendants Tyler Technologies Inc. and Does 1-10, alleging, as follows below, that Defendants are liable to it for copyright infringement and violation of the Digital Millennium Copyright Act.  This action is based upon a Federal question and seeks damages and injunctive relief on the basis of Defendants' unauthorized copying of Plaintiff's copyrighted software and their bypassing of technological means put in place to control access to that software.

## JURISDICTION AND VENUE

1.      This action arises under the Copyright Act of the United States, 17 U.S.C. § 101 and § 501, *et seq*. and the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a).  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1338(a).

2.      Jurisdiction is further founded upon the Defendants' acceptance of an End User Licensing Agreement ("EULA") in connection with their use of *VB.Net to C# Converter* (the "Copyrighted Software"), which license contains a forum-selection clause whereby the parties agree to subject themselves to the personal jurisdiction of the courts of the State of California.  A true and correct copy of the EULA is attached hereto as *Exhibit* "C," and is incorporated by reference.

3.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(3) & § 1400(a).

4.      Venue is also proper as the result the Defendants' acceptance of the forum-selection clause in the EULA which designates the County of Los Angeles, State of California, as the location for hearing any dispute arising in relation to use of the Copyrighted Software.

## PARTIES

5.      VBConversions LLC (hereinafter "VBC") is a California limited liability company, with its principal place of business located in Santa Monica,

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4816-9972-9175.2

EXHIBIT 2

California. VBC is a software developer and engages in the licensing of its software products on the Internet.

6.  Plaintiff is informed and believes and thereon alleges that Tyler Technologies Inc. ("Tyler") is a Delaware corporation, with its principal place of business located at 5949 Sherry lane, Dallas, Texas 75225. On information and belief, Plaintiff alleges that Tyler is a developer and provider of software, particularly for use in the public sector.

7.  Plaintiff is unaware of the names and true capacities of Defendants, whether individual, corporate and/or other entities, named herein as DOES 1 through 10, inclusive, and therefore sues them by their fictitious names. Plaintiff will seek leave to amend this complaint when their true names and capacities are ascertained. Plaintiff is informed and believes and thereon alleges that all of the Defendants, known and unknown, are in some manner responsible for the wrongs alleged herein and that at all times mentioned herein were the agents and servants or joint venturers/partners-in-concert of the other Defendants, and acted within the course and scope of said agency and employment or within the parameter of their agreement.

8.  Plaintiff is informed and believes and thereon alleges that, at all times relevant hereto, Defendants, and each of them, have engaged in and continue to engage in the purchase and/or sale of goods and/or services within the County of Los Angeles, State of California and have generally directed their activities at California.

9.  Plaintiff is informed and believes and thereon alleges that, at all times relevant hereto, Defendants and DOES 1-10, inclusive, knew or reasonably should have known of the acts and behavior alleged herein and the damages caused thereby, and by their inaction ratified and encouraged such acts and behavior. Plaintiff further alleges that said Defendants have a non-delegable duty to prevent or cause

COMPLAINT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4816-9972-9175.2

EXHIBIT 2

such acts and behavior described herein, which duty Defendants failed and/or refused to perform. Plaintiff further alleges, upon information and belief, that each act, transaction or event alleged was directed, hosted, served and routed through computers, and a computer communication network, operated and maintained by Defendant Tyler.

## GENERAL ALLEGATIONS

### Background

10.     Visual Basic (VB)  is a computer programming language developed and sold by Microsoft Corporation since as early as 1991.   Historically, it has been among the most popular programming languages for use in business programming and has long had one of the largest user bases of any programming language.  There is, therefore, a vast amount of software that has been developed over the years in VB.  Many of these VB programs are of significant complexity and size.

11.     In or around 2001, Microsoft Corporation introduced an "evolved" version of Visual Basic called Visual Basic .Net (VBN) oriented towards modern, Internet programming tasks.

12.     Since 2000, however, the language C# (pronounced "C-Sharp"), also developed by Microsoft Corporation (but adopted as an international standard) has taken the place of VB for much business programming, particularly that oriented toward the Internet.  C# is intended to be a simple, modern, general-purpose, programming language. The language is intended for use in developing software components suitable for deployment in many different environments. So, while VB and VBN are largely limited to the Windows operating system, C# compilers exist for most major computer operating systems, including Mac OS, Linux, Windows, Solaris, etc. C# is suitable for writing applications for both hosted and embedded systems.

COMPLAINT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4816-9972-9175.2

EXHIBIT 2

**The Copyrighted Software**

13. Because of the large body of legacy software existing in VB and VBN, companies seeking to modernize their software often find that it is most practical to undertake a process of converting their existing VB/VBN code to C#. Paying a programmer to make the conversion line-by-line by hand can be extremely costly, however.

14. In particular, Plaintiff is informed and believes and thereon alleges that a skilled computer programmer very familiar with both VB/VBN and C#, working purely by hand could typically, at best, convert 100 lines per hour from VB/VBN to C#.

15. Plaintiff, therefore, developed *VB.Net to C# Converter* to automate part of the conversion process, enabling conversions to be done substantially more quickly, and, therefore, at significantly lower cost.

16. *VB.Net to C# Converter* (the "Copyrighted Software.") was registered with the Register of Copyrights on or about August 9, 2012, and was assigned registration TX 6-425-720. A copy of the registration is attached hereto as Exhibit "A," and is incorporated by reference. A copy of the registration of the assignment transferring all rights in the Copyrighted Software to our client is attached hereto as Exhibit "B," and is incorporated by reference.

**The Licensing of the Copyrighted Software**

17. VBC distributes and licenses the Copyrighted Software online at the Internet web site vbconversions.com.

18. As discussed above, when the Copyrighted Software is downloaded and run, the user must affirm an End User Licensing Agreement before the program can be used.

19. In spite of the complexity of the system, the Copyrighted Software is licensed under extremely reasonable terms. VBC employs the so-called shareware

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4816-9972-9175.2

EXHIBIT 2

1    model, whereby an interested user is permitted to download a time-and-feature-

2    limited version of the Copyrighted Software in order to test it to see if it is suitable

3    for his or her needs. (*See* 37 C.F.R. § 201.26) (Shareware programs offered in such

4    time- or function-limited forms are often referred to as "trialware" or "demoware.")

5        20.    As initially downloaded, the Copyrighted Software may be used for up

6    to fifteen (15) days. When this time limit is reached, the Copyrighted Software is

7    disabled and ceases to function. Further, during that period, the Copyrighted

8    Software will only function to convert VB/VBN projects consisting of up to two-

9    thousand (2,000) lines of code. It will not process larger projects.

10       21.    If the user is satisfied with the Copyrighted Software and wishes to

11   continue to use it beyond the time and scope limitations applied to free use, the

12   EULA requires the user to apply for a full-use license by paying the standard

13   market fee. At that point, the user is provided an "unlock code" (or key) that

14   removes the restrictions in the Copyrighted Software.

15   **Cracking and "Warez" Sites and Unlicensed Use**

16       22.    Over the years, unfortunately, a broad array of so-called "cracking

17   sites" have appeared on the internet that are capable of generating and providing

18   users with unauthorized unlock codes for the Copyrighted Software and many other

19   shareware programs offered in the trialware/demoware model. These fraudulent

20   registration codes are used in order to gain unlicensed unlimited access to the

21   subject program without the payment of the license fee to, or proper registration

22   with the developer/copyright owner..

23       23.    A similar number of so-called "warez sites" have sprung up offering

24   unauthorized "pre-cracked" copies of copyrighted programs for download and

25   unlawful unlimited use. The "pre-cracked" copies are generally created by

26   modifying the object code of the copyrighted programs to entirely bypass the part of

27   the code that checks whether the key entered is a legitimate one.

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

5
COMPLAINT

4816-9972-9175.2

EXHIBIT 2

24.   Despite its best efforts, VBC has not been able to stem the tide of unscrupulous users who have used these means to gain unauthorized unlicensed unlimited access to the Copyrighted Software.

25.   Such users have used the Copyrighted Software without license (and without any payment to VBC) to quickly convert vast amounts of VB/VBN code to the more modern and desirable C#.  Such users thereby obtain significant financial benefit through their illicit, unlicensed infringing use.

**Collection of Information Concerning Infringement**

26.   In self-defense, VBC has adopted a tracking system whereby the Copyrighted Software reports its use to VBC's servers and to servers maintained by a third-party registration-tracking company, Hitek Software LLC of Goleta, CA ("Hitek").

27.   VBC is, thereby, able to record the details of substantially every instance of use of the Copyrighted Software (both legitimate and unauthorized copies).  The information recorded identifies the date and time of the use, the public and private Internet Protocol ("IP") address of the computer on which the use occurs, the identity of the user of that computer (as recorded on that computer's operating system), the owner or organization responsible for operating the computer, and other data which is integral to proof of infringement.

28.   The collection of this usage data by the Copyrighted Software and its transmission to VBC and Hitek is acknowledged and affirmed by the user as part of the EULA when the Copyrighted Software is first used.

**SPECIFIC ALLEGATIONS OF DEFENDANTS' INFRINGEMENT**

29.   VBC and Hitek have collected information demonstrating that Defendants bypassed the technological measures controlling access to the full-featured version of the Copyrighted Software and then used the Copyrighted

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

6
COMPLAINT

EXHIBIT 2

1  Software at least 132 times to convert at least 2,593,824 lines of Visual Basic code
2  to generate at least 3,246,143 lines of C# code.

3       30.    To place this number into perspective, there are roughly fifty (50) lines
4  of text on a typical page of program code.  The quantity of C# code illegally
5  generated by Defendants using the fraudulently-registered Copyrighted Software is,
6  therefore, equivalent to over 50,000 pages of code.

7       31.    Defendants used the Copyrighted software to convert and adapt this
8  code from VB to C# without VBC's knowledge, license or consent.

9       32.    Even if a programmer could sustain a 100-line per hour manual
10 translation rate over a long period (which is questionable), it would take nearly
11 26,000 programmer hours to accomplish such conversion.

12      33.    The specific information related to the unlicensed infringing use is set
13 forth as follows:

14 **Tyler's Acceptance of the EULA**

15      34.    On information and belief, on or about October 17, 2011 at approximately
16 9:30a.m. CST, a user employed by Tyler, identified as "Syed.Fahad" using a computer
17 identified as "CHI-SFAHAD" in the domain "CHI-SFAHAD" installed and launched
18 the capability-limited copy of the Copyrighted Software.  The computer used had an
19 external IP address of 70.91.247.49 and an internal address of 192.168.11.9.

20      35.    At that time the Copyrighted Software first ran, the user was presented
21 with and accepted the EULA.  The Copyrighted Software reported the acceptance of
22 the EULA to VBC's server.

23 **Tyler's Hacking and Use of the Copyrighted Software**

24      36.    The user then proceeded to register the Copyrighted Software under the
25 name "Syed Muhammad Fahad" and email address "uknowsana@gmail.com".

26      37.    When asked to enter the key he had purchased from VBC, he instead
27 entered "P0S65-80U92-DJ239-2500H-5Q828".

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

7

COMPLAINT

EXHIBIT 2

38.     While this is a valid key which will serve to unlock the Copyrighted Software, it belongs to a user in Quebec, Canada who purchased it in 2007.  On information and belief, this code has either been stolen or reverse engineered and published on a crack site, as it has been encountered in numerous infringements.

39.     It is evident that, with the purpose of avoiding paying the licensing fee for the Copyrighted Software, the user searched the Internet and illicitly acquired this code which he then entered into the registration system.[1]

40.     The EULA, which the user had just affirmed, specifically bars the use of illicit keys. The use of such a key amounts to a circumvention of technological measures in place to control access to the full version and, therefore, is a direct violation of the DMCA.

41.     Having violated the terms of the EULA, any license to the user and Tyler was revoked, and any subsequent copies of the Copyrighted Software made, including in-memory copies made when the Copyrighted Software was run, were unauthorized.

42.     Having illegally unlocked the Copyrighted Software on the 17th, two days later, on October 19, 2011 at approximately 11:45 a.m., the user tested his exploit by using the Copyrighted Software to convert a 656,215-line Visual Basic file named "MZKObj.vbproj" to 840,107 lines of C# code.  This one conversion processed over three-hundred times as many lines of code as allowed with the trialware version.

---

[1] Tyler had already evaluated and used the Copyrighted Software in the past. In or about November 2006 a user named "syed abu fahad" working for "mazikpakistan" made extensive (but allowed) use of the trialware version of versions 2.04 and 2.06 of the Copyrighted Software to evaluate its usefulness.  In January 2010, a user with the same credentials unsuccessfully attempted to unlock version 2.26 of the Copyrighted Software first by entering a string of 25 "1"s, then by entering 25 "a"s.

COMPLAINT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4816-9972-9175.2

EXHIBIT 2

43.    Beginning at approximately 3:10 p.m. that afternoon, and continuing for over an hour, the user used the illegally cracked program to convert at least 69 Visual Basic modules containing at least 982,329 lines of Visual Basic code to 1,220,007 lines of C# code.

44.    Beginning again at approximately 6:30 p.m. that evening, and continuing for another hour, the user employed the illegally cracked copy of the Copyrighted Software to convert at least 62 modules containing at least 955,280 lines of Visual basic code to 1,186,029 lines of C# code.[2]

**Evidence that the Infringement was Committed by Tyler**

45.    As noted above, each time the Copyrighted Software is run or performs a significant task, it collects a variety of information about the computer, user and usage and transmits this to VBC servers. Based on the information collected from this user's usage, it is clear that his infringement occurred in the course and scope of his work for Tyler, which was the ultimate beneficiary of his infringement, and responsible for the acts of its employee.

46.    While the user provided the email address uknowsana@gmail.com when he cracked the Copyrighted Software, the Copyrighted Software also requests email addresses from Windows when the Copyrighted Software is used. In this case, Windows reported back that the user had the following email addresses: fahadsomnia7@live.com, fatima_shamim246@hotmail.com, smfahad047@hotmail.com, and, most importantly, Syed.Fahad6@tylertech.com.

47.    Further, each time a user converts a file of Visual Basic source code, the Copyrighted Software collects certain information about and from the original

---

[2] Throughout the afternoon and evening sessions, the computer had an external IP address of 67.176.156.90 and an internal IP address of 10.197.55.24. Other than that, the user and computer information recorded at VBC's servers was identical to that used at the time of registration and initial testing.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4816-9972-9175.2

EXHIBIT 2

file. In this case, several of the files converted included copyright notices identifying Tyler as the owner of the source code, or otherwise referencing Tyler or TSIS (which is Tyler's acronym for Tyler Student Information System). Many other files similarly implicate Mazik, a company that develops student information systems and was acquired at least in part by Tyler in 2006.[3]

## VBC's Damages and Demand

48. The evidence is unequivocal that Tyler, by and through its employee(s), has willfully infringed VBC's rights in the Copyrighted Software. The user of the Copyrighted Software was identified by a Tyler email address. Many of the source code files converted carried Tyler (or Mazik) copyright notices or related indicia of ownership.

49. That the user obtained and introduced an illicit key code after first affirming the EULA, which set forth legitimate use under the license, is *per se* evidence of Tyler's willful intent to circumvent the technological measures protecting the Copyrighted Software and to make infringing copies and use of the Copyrighted Software.

## FIRST CLAIM FOR RELIEF

### *Violation of 17 U.S.C.§106 &501, et seq., Copyright Infringement*

50. Plaintiff incorporates by reference paragraphs 1 through 49 as if the same were set forth fully herein.

51. The pre-cracked version of Copyrighted Software employed by Defendants is an unauthorized derivative work of the Copyrighted Software.

---

[3] The 2006 and 2010 uses, referred to above, of the then-currrent trialware versions of the Copyrighted Software, and attempt to crack same, emanated from Mazik's facilities in Pakistan, thus further linking that use with this one.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4816-9972-9175.2

EXHIBIT 2

52.     In downloading the pre-cracked version of the Copyrighted Software from the Internet, Defendants made an unauthorized copy, thereby violating Plaintiff's right under 17 U.S.C. §106 to control the creation of copies of the Copyrighted Software and derivatives.

53.     Similarly, in executing the pre-cracked version of the Copyrighted Software, Defendants repeatedly made unauthorized in-memory copies of the Copyrighted Software.

54.     Plaintiff is informed and believes and thereon alleges that the computer involved in this illegal copying belonged to Tyler and that the user who downloaded and ran the unauthorized pre-cracked version of the Copyrighted Software was employed by Tyler.

55.     Plaintiff is informed and believes and thereon alleges that Defendants acted together in the infringement and are jointly and severally liable for all damages arising therefrom.

56.     Defendants actions were willful and deliberate in that, as Plaintiff is informed and believed and thereon alleges, Defendants, having used the time-and-feature-limited version of the Copyrighted Software to determine the usefulness of the Copyrighted Software and its value to them, then deliberately sought out and illegally copied the pre-cracked version of the Copyrighted Software so as to avoid payment of the license fee required to obtain authorization to further copy and use the Copyrighted Software.

57.     Assuming arguendo that one could convert at the rate of 100 lines per hour, it would require nearly 1,925 programmer hours to compete the same job by hand that Defendants were able to complete using Plaintiff's Copyrighted Software in a few hours.  Further, assuming that the average programmer earns approximately $100.00 per hour doing conversion work, the saved costs and expenses avoided by

COMPLAINT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4816-9972-9175.2

EXHIBIT 2

1  Defendants as the result of unauthorized access, copying and usage amount to at
2  least $192,500.

3      58.     The full amount of actual damages, including profits attributable to the
4  infringement, is unknown to Plaintiff at this time, but shall be determined according
5  to proof at time of trial.  Plaintiff, in the alternative, may elect statutory damages of
6  up to $150,000.00—as allowed by 17 U.S.C. § 504(c)(2)—on the basis of
7  Defendants' willful and deliberate infringement of its rights.

8                      **SECOND CLAIM FOR RELIEF**

9      ***Violation of the Digital Millennium Copyright Act (17 U.S.C. § 1201(a))***

10      59.     Plaintiff repeats and re-alleges paragraphs 1 through 58, as if the same
11  were set forth fully herein.

12      60.     At all times mentioned herein, Plaintiff has in force a confidential 25
13  digit alphanumeric code designed to control access to its Copyrighted Software.  It
14  is only when a legitimate purchaser affirms the terms and conditions of the End User
15  Licensing Agreement (EULA) and pays the standard market fee that access to the
16  licensed product is permitted without time and feature limitations.  When adherence
17  is satisfied Plaintiff will issue to the licensee a non-exclusive, non-transferable license
18  and provide legitimate key enabling such access to the Copyrighted Software.

19      61.     The key and the code confirming its validity are technological
20  measures for the purpose of protecting Plaintiff's Copyrighted Software. To gain
21  access requires knowledge of the 25 digits issued by Plaintiff.  It is intended to
22  exclude those who have not obtained a paid license from accessing the unlimited
23  functionality of the Copyrighted Software.

24      62.     Defendants circumvented this technological access-control measure to
25  obtain unlicensed access to the Copyrighted Software multiple times.

26      63.     As a consequence of Defendants' unlawful and unauthorized
27  circumvention of Plaintiff's measures, Plaintiff has sustained damages as set forth herein.

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4816-9972-9175.2

EXHIBIT 2

64.    The use of circumvention device to gain access is an intentional and knowledgeable act by the Defendants.  It is therefore willful and subjects Defendants to the maximum allowed statutory damages of $2,500 per act of circumvention.  Alternatively, Plaintiff is entitled to actual damages for profits attributable to the acts of circumvention per 17 U.S.C. § 1203(c)(2), according to proof at time of trial.  Said statutory or actual damages being in addition to that awarded for copyright infringement.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that the Court issue the following:

A.    Defendants be enjoined permanently from appropriating, using or otherwise benefiting from Plaintiff's Copyrighted Software identified above without the express written approval of Plaintiff or its delegate;

B.    Defendants be ordered to pay Plaintiff all damages due to it pursuant to 17 U.S.C. § 504 for their unlawful  acts, with pre-judgment interest.

C.    Defendants be ordered to pay Plaintiff all damages due to it pursuant to 17 U.S.C. § 1201 *et seq.* for their unlawful  acts, with pre-judgment interest.

D.    Defendants be ordered to pay Plaintiff all of its costs of suit, reasonable attorney fees and interest at legal rates pursuant to 17 U.S.C. § 505.

E.    Such other relief as the Court deems just under the circumstances.

DATED: March 19, 2014

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____

Joshua S. Hodas
Attorneys for Plaintiff,
VBCONVERSIONS LLC

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4816-9972-9175.2

EXHIBIT 2

1

## DEMAND FOR TRIAL BY JURY

2      PLEASE TAKE NOTICE that Plaintiff VBConversions, LLC hereby

3  demands a jury trial in this action.

4

5  DATED: March 19, 2014

       LEWIS BRISBOIS BISGAARD & SMITH LLP

6

7      By: _____

8          Joshua S. Hodas
           Attorneys for Plaintiff,
9          VBCONVERSIONS LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4816-9972-9175.2

EXHIBIT 2

# Exhibit A

EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-425-720**

TX0006425720

EFFECTIVE DATE OF REGISTRATION

Jul 26 2006

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**TITLE OF THIS WORK ▼**
VB.NET to C# CONVERTER, VERSION 2 0

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**NAME OF AUTHOR ▼**
DAVID CROOK

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1964   Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
NEW AND REVISED COMPUTER PROGRAM TEXT

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ JULY   Day ▶ 10   Year ▶ 2006
UNITED STATES ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
DAVID CROOK
11184 Antioch #179
Overland Park, KS 66210

**APPLICATION RECEIVED**
JUL 26 2006
**ONE DEPOSIT RECEIVED**
JUL 26 2006
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT 2

EXAMINED BY ~~A~~

CHECKED BY

CORRESPONDENCE
☑ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
✓ Yes — No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ✓ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give Previous Registration Number ▶ TX 6-285-849          Year of Registration ▶          2004

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

VB NET to C# CONVERTER, VERSION 1 0

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

NEW AND REVISED COMPUTER PROGRAM TEXT

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/Zip ▼
DONALD M. GINDY
DONALD M. GINDY, PLC
1880 CENTURY PARK EAST, SUITE 615  LOS ANGELES, CA 90067

Area code and daytime telephone number ▶ (310) 772-0585                    Fax number ▶ (310) 772 0018

Email ▶ don@gindylaw com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

DAVID CROOK                                                        Date ▶ 7/18/2006

Handwritten signature (X) ▼
x _David A. Crook_

| Certificate will be mailed in window envelope to this address: | Name ▼ DAVID CROOK |
| | Number/Street/Apt ▼ 11184 Antioch #179 |
| | City/State/Zip ▼ Overland Park, KS 66210 |

· Complete all necessary spaces
· Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

17 USC § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2 500

US Government Printing Office 200X-X XXXXX/XX

EXHIBIT 2

# Exhibit B

EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## TX 7-317-237

**Effective date of
registration:**

March 14, 2011

## Title

Title of Work: Assignment of Rights

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: September 1, 2010    Nation of 1st Publication: United States

## Author

- Author: david a crook

Author Created: text, computer program

Citizen of: United States    Domiciled in: United States

## Copyright claimant

Copyright Claimant: VBConversions LLC

1428 2nd Street, suite 100, santa monica, CA, 90401, United States

Transfer Statement: By written agreement

## Limitation of copyright claim

Material excluded from this claim: computer program

Previous registration and year: tx0006285849    2004

tx0006425720    2006

New material included in claim: text

## Rights and Permissions

Organization Name: donald m gindy, plc

Address: 1880 century park east

suite 615

los angeles, CA 90067  United States

## Certification

EXHIBIT 2

Registration #:   TX0007317237
Service Request #:   1-483119381



donald m. gindy, plc
1880 century park east
suite 615
los angeles, CA 90067  United States

EXHIBIT 2

# Exhibit C

EXHIBIT 2

## END USER LICENSE AGREEMENT FOR VBCONVERSIONS SOFTWARE.

**IMPORTANT-READ CAREFULLY:** VBConversions ("VBC") has created this End-User License Agreement ("EULA") to formalize its relationship with You, the user. The EULA is a legal document between You and VBC which is governed by certain terms and conditions. You understand and agree that by clicking the "I agree" button or by installing, accessing or using the software, products, services, applications and associated documentation (collectively, the "Software Products") you will be bound by these terms and conditions.  If you act on behalf of a business or organization, you represent and warrant that you have the authority to bind that business organization to these terms and your agreement to these terms will be treated as the agreement of the business or organization.

The Software Products also includes any software updates, add-on components, web services and/or supplements that VBC may provide to You or make available after the date You obtain Your initial copy of the software. To the extent that such items are not accompanied by a separate license agreement or terms of use, by installing, copying, downloading, accessing or otherwise using the software, You agree to be bound by the terms of this EULA. If You do not agree to the terms of this EULA, do not install, access or use the software product.

## SOFTWARE PRODUCT LICENSE

The Software Product is protected by intellectual property laws and treaties. The Software Product is licensed, not sold.

**1. GRANT OF LICENSE.** This Section of the EULA describes Your general rights to install and use the Software Product. The license

EXHIBIT 2

rights described in this Section are subject to all other terms and conditions of this EULA.

**General License Grant to Install and Use Software Product.** You may install and use one copy of the Software Product on a single computer, device, workstation, terminal, or other digital electronic or analog device ("Device"). A license for the Software Product may not be shared. VBC grants You a revocable, limited, non-transferable, non-exclusive license to use the Software Products.

**Reservation of Rights.** All rights not expressly granted are reserved by VBConversions LLC, a California limited liability company.

## 2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS.

**Limitations on Reverse Engineering, Decompiling, and Disassembly.** You may not reverse engineer, decompile, or disassemble, modify or create derivative works of the Software Product, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

**Trademarks.** This EULA does not grant You any rights in connection with any trademarks or service marks of VBC.

**No rental, leasing or conversion services.** You may not rent, lease, lend or provide conversion services to third parties with the Software Product.

**Support Services.** VBC may provide You with support services related to the Software Product ("Support Services"). Any supplemental software code provided to You as part of the Support Services are considered part of the VBC Product and subject to the terms and conditions of this EULA. You

EXHIBIT 2

acknowledge and agree that VBC may use technical information You provide to VBC as part of the Support Services for its business purposes, including for product support and development. VBC will not utilize such technical information in a form that personally identifies You.

**Termination.** Without prejudice to any other rights, VBC may terminate this EULA if You fail to comply with the terms and conditions of this EULA. In such event, You must destroy all copies of the Software Product and all of its component parts.

### 3. UPGRADES.

**Standard Software Product.** If the Software Product is labeled as an upgrade, You must be properly licensed to use a product identified by VBC as being eligible for upgrade in order to use the Software Product. A Software Product labeled as an upgrade replaces or supplements (and may disable) the product that formed the basis for Your eligibility for the upgrade. You may use the resulting upgraded product only in accordance with the terms of this EULA. If the Software Product is an upgrade of a component of a package of software programs that You licensed as a single product, the Software Product may be used and transferred only as part of that single product package and may not be separated for use on more than one Device.

**4. INTELLECTUAL PROPERTY RIGHTS.** All title and intellectual property rights in and to the Software Product (including but not limited to any images, photographs, animations, video, audio, music, text, and "applets" incorporated into the Software Product), the accompanying printed materials, and any copies of the Software Product are owned by VBC or its suppliers. All title and intellectual property rights in and to the content that is not contained in the Software Product, but may be accessed through use of the Software Product, is the property of the respective

EXHIBIT 2

content owners and may be protected by applicable copyright or other intellectual property laws and treaties. This EULA grants You no rights to use such content. If this Software Product contains documentation that is provided only in electronic form, you may print one copy of such electronic documentation. You may not copy the printed materials accompanying the Software Product.

**5. BACKUP COPY.** After installation of one copy of the Software Product pursuant to this EULA, you may keep the original media on which the Software Product was provided by VBC solely for backup or archival purposes. If the original media is required to use the Software Product on the Device, you may make one copy of the Software Product solely for backup or archival purposes. Except as expressly provided in this EULA, you may not otherwise make copies of the Software Product or the printed materials accompanying the Software Product.

**6. EXPORT RESTRICTIONS.** You acknowledge that the Software Product is of U.S. origin. You agree to comply with all applicable international and national laws that apply to the Software Product, including the U.S. Export Administration Regulations, as well as end-user, end-use and destination restrictions issued by U.S. and other governments

**7. APPLICABLE LAW.** In any dispute arising out of or relating to this Agreement, it is agreed and acknowledged that the sole and exclusive venue for resolution shall be the Superior Court for the County of Los Angeles or the United States District Court for the Central District of California. This license shall be deemed to have been executed within the State of California, in the United States of America. It shall be construed and enforced in accordance with and governed by the laws of the State of California without regard to conflicts of laws principles thereof. The parties hereto expressly agree to be subject to the personal jurisdiction of the above mentioned courts. The application of UCITA and United Nations

EXHIBIT 2

Convention on Contracts for the International Sale of Goods is expressly excluded.

## 8. LIMITED WARRANTY

LIMITED WARRANTY FOR SOFTWARE PRODUCTS ACQUIRED IN THE US AND CANADA. VBConversions warrants that the SOFTWARE PRODUCT will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt.

If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it, you also have an implied warranty or condition, BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY (90) DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND. Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the SOFTWARE PRODUCT, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety (90) day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES. Your exclusive remedy for any breach of this Limited Warranty is as set forth below. Except for any refund elected by VBC, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Software Product does not meet VBC's Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy

EXHIBIT 2

fails of its essential purpose. The terms of Section 10 below ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have others which vary from state/jurisdiction to state/jurisdiction.

YOUR EXCLUSIVE REMEDY. VBC and its suppliers' entire liability and your exclusive remedy shall be, at VBC's option from time to time exercised subject to applicable law, (a) return of the price paid (if any) for the Software Product, or (b) repair or replacement of the Software Product, that does not meet this Limited Warranty and that is returned to VBC with a copy of your receipt. You will receive the remedy elected by VBC without charge, except that you are responsible for any expenses you may incur (e.g. cost of shipping the Software Product to VBC). This Limited Warranty is void if failure of the Software Product has resulted from accident, abuse, misapplication, abnormal use or a virus. Any replacement Software Product will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer. Outside the United States or Canada, neither these remedies nor any product support services offered by VBC are available without proof of purchase from an authorized international source

**9. DISCLAIMER OF WARRANTIES.** THE LIMITED WARRANTY THAT APPEARS ABOVE IS THE ONLY EXPRESS WARRANTY MADE TO YOU AND IS PROVIDED IN LIEU OF ANY OTHER EXPRESS WARRANTIES (IF ANY) CREATED BY ANY DOCUMENTATION OR PACKAGING. EXCEPT FOR THE LIMITED WARRANTY AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, VBCONVERSIONS AND ITS SUPPLIERS PROVIDE THE SOFTWARE AND SUPPORT SERVICES (IF ANY) *AS IS AND WITH ALL FAULTS,* AND HEREBY DISCLAIM ALL

EXHIBIT 2

OTHER WARRANTIES AND CONDITIONS, EITHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, ANY (IF ANY) IMPLIED WARRANTIES, DUTIES OR CONDITIONS OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OF ACCURACY OR COMPLETENESS OR RESPONSES, OF RESULTS, OF WORKMANLIKE EFFORT, OF LACK OF VIRUSES AND OF LACK OF NEGLIGENCE, ALL WITH REGARD TO THE SOFTWARE, AND THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT SERVICES. ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, AND CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE SOFTWARE.

**10. AUDIT RIGHTS.** During the term of this EULA and for three (3) years after termination or expiration of the EULA for the applicable Software has expired, You agree to maintain accurate records as to your installation and use of the Software, sufficient to provide evidence of compliance with the terms of this EULA. VBConversions, or an independent third party designated by VBConversions, may audit, upon written notice to You, your books, records, and computing devices to determine your compliance with this EULA and your payment of the applicable license fees, if any, for the Software. VBConversions may conduct no more than one (1) audit in any twelve (12) month period. In the event that any such audit reveals an underpayment by You of more than five percent (5%) of the license amounts due to VBConversions in the period being audited, or that You have breached any term of the EULA, then, in addition to paying to VBConversions any underpayments for Software license fees and any other remedies VBConversions may have, You will promptly pay to VBConversions the audit costs incurred by VBConversions.

**11. EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES.** TO THE MAXIMUM EXTENT PERMITTED BY

EXHIBIT 2

APPLICABLE LAW, IN NO EVENT SHALL VBCONVERSIONS OR ITS
SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT,
OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT
NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR
CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS
INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY,
FOR FAILURE TO MEET ANY DUTY INCLUDING OF GOOD FAITH OR
OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER
PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR
IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE
SOFTWARE PRODUCT, THE PROVISION OF OR FAILURE TO
PROVIDE SUPPORT SERVICES, OR OTHERWISE UNDER OR IN
CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE
EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), STRICT
LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF
VBCONVERSIONS OR ANY SUPPLIER, AND EVEN IF
VBCONVERSIONS OR ANY SUPPLIER HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

**12. LIMITATION OF LIABILITY AND REMEDIES.**
NOTWITHSTANDING ANY DAMAGES THAT YOU MIGHT INCUR FOR
ANY REASON WHATSOEVER (INCLUDING, WITHOUT LIMITATION,
ALL DAMAGES REFERENCED ABOVE AND ALL DIRECT OR GENERAL
DAMAGES), THE ENTIRE LIABILITY OF VBCONVERSIONS AND ANY
OF ITS SUPPLIERS UNDER ANY PROVISION OF THIS EULA AND
YOUR EXCLUSIVE REMEDY FOR ALL OF THE FOREGOING (EXCEPT
FOR ANY REMEDY OF REPAIR OR REPLACEMENT ELECTED BY
VBCONVERSIONS WITH RESPECT TO ANY BREACH OF THE LIMITED
WARRANTY) SHAL BE LIMITED TO THE GREATER OF THE AMOUNT
ACTUALLY PAID BY YOU FOR THE SOFTWARE OR U.S. $5.00. THE
FOREGOING LIMITATIONS, EXCLUSIONS AND DISCLAIMERS
(INCLUDING SECTIONS 6, 7, AND 8 ABOVE) SHALL APPLY TO THE
MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, EVEN IF ANY
REMEDY FAILS ITS ESSENTIAL PURPOSE.

EXHIBIT 2

**13. REGISTRATION / USAGE INFORMATION.** When you use this software, and also when you register or uninstall this software, the following information about our software and your computer is recorded into the VBC and/or our 3rd party User Registration Tracking Company Database: Product Name, Version, Registration Key, Computer Name, Computers Internal IP address, Username logged onto Computer, Operating System's Registered Owner, Operating System's Registered Organization, Name, Organization Name, Email Address (as entered on the registration screen), total number of lines converted, installation date, and email addresses. Additionally, your organization's public IP address and hostname is recorded by VBC and/or the 3rd party Tracking database in California. The above information may also be posted to VBC and/or our 3rd party user registration database in California on a regular periodic basis in order to update our registered user usage records. After every project conversion, the project name, number of lines of original and converted code, CLR version number, number of lines with compiler errors, number of compiles, conversion time, and assembly info (title, description, company, product, copyright, trademark), may also be recorded by VBC and/or our 3rd party User Registration tracking company in California.

VBC assures the user, that the above information will be securely stored, and maintained with the utmost care by VBC and our 3rd party User Registration tracking company in California. By installing and/or registering and/or using this software, you agree that VBC or our 3rd party User Registration tracking company in California should not be held liable in any manner, if the security of this information is compromised in any manner. To the extent not prohibited by law, in no event will VBC or our 3rd party User Registration tracking company in California, and ours and its licensors be liable for any lost revenue, profit or data, or for special, indirect, consequential, incidental or punitive damages,

EXHIBIT 2

however caused regardless of the theory of liability, arising if the security of this information is compromised in any manner, even if VBC and our 3rd party User Registration tracking company in California has been advised of the possibility of such damages. Only install this software, if you agree to have this information recorded by VBC to our 3rd party User Registration tracking company in California.

BY INSTALLING AND/OR UNINSTALLING AND/OR REGISTERING AND/OR USING THIS SOFTWARE, YOU AGREE THAT YOU GRANT VBC YOUR FULL AND UNCONDITIONAL PERMISSION TO RECORD THIS INFORMATION ITSELF AND TO OUR 3RD PARTY USER REGISTRATION TRACKING COMPANY IN CALIFORNIA.

**14. COPYRIGHT INFRINGEMENT:** You agree not to infringe VBC's copyright of this software. Reproduction, preparation of derivative works (adaptation), distribution or display of the software is prohibited, except to the extent permitted by this license. Your continued usage of the program is expressly conditioned upon your adherence to the terms and conditions of this license. Any activity which exceeds the scope of the license is deemed to infringe the copyright of VBC and will result in revocation of the license and may subject you to civil liability. Unauthorized copying and exceeding license counts are examples of prohibited conduct. Using illegally generated keys to unlock the software is also a violation of VBC's rights. You agree to only use Registration keys generated online from VBC's website, only use registration keys emailed to you by VBC or our third party order processing Company. You agree that using an illegal or fraudulent registration key to register or unlock the software or reverse engineering, decompiling or disassembling the software makes that software copy illegal and unauthorized and in violation of VBC's rights. (17 U.S.C.§§ 501,1201, et seq.). In the event of a copyright violation, you acknowledge and agree you are liable for

EXHIBIT 2

actual damages, statutory damages, reasonable attorney fees, lost profits, diminution of value of the software, lost license fees, any or all of the aforementioned, including, but not limited to all other costs and expenses incurred by VBC for the loss, according to law. (17 U.S.C. §504, §505).

*In the event that Actual Damages are deemed uncertain or difficult to ascertain, the parties acknowledge and agree that a breach of this agreement by use of an illegally generated key to unlock the software or by reverse engineering, decompiling or disassembling the software, as a component of Statutory Damages (at 17 U.S.C. § 504( c)), the fair market value of the resulting conversion shall be fixed at One ($1.00) Dollar U.S. per line of code converted from Visual Basic to C#. The parties further acknowledge and agree that the aforementioned fixed value is not to be deemed a penalty, but is accepted as a compromise which seeks to place a fair value on the product.*

**15. ENFORCING RIGHTS.** The failure of VBC to exercise or enforce any right or provision of this Agreement shall not constitute a waiver of such right or provision. If any provision of these terms is found by a court of competent jurisdiction to be invalid, you nevertheless agree that the court should endeavor to give effect to the intentions of the parties as reflected in the provision, and that the other provisions of this Agreement remain in full force and effect.

**16. ENTIRE AGREEMENT.** This EULA (including any addendum or amendment to this EULA which is included with the Software Product) is the entire agreement between you and VBC relating to the Software Product and the support services (if any) and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the Software Product or any other subject matter covered by this

EXHIBIT 2

EULA. To the extent the terms of any VBC policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control.

EXHIBIT 2