# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **TYLER TECHNOLOGIES, INC.,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 4:14-cv-00150 |
| **VBCONVERSIONS LLC,** § | |
| § | |
| **Defendant.** § | |

## ORDER OF DISMISSAL

On this day, the Court considered Defendant VBConversions LLC's motion to dismiss the Complaint for Declaratory Judgment of Non-Infringement filed by Plaintiff Tyler Technologies, Inc., and after considering the motion and any and all responses thereto, the Court GRANTS the Motion. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Defendant VBConversions LLC's motion to dismiss the Complaint for Declaratory Judgment of Non-Infringement filed by Plaintiff Tyler Technologies, Inc., is GRANTED.

This order is final and it is appealable.

SIGNED this _____ day of _____, 2014.

_____
JUDGE PRESIDING