IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC.,<br><br>     **Plaintiff,**<br><br>v.<br><br>VBCONVERSIONS LLC,<br><br>     **Defendant.** | Civil Action No. 4:14-cv-00150<br><br>Jury Trial Demanded |

**PLAINTIFF TYLER TECHNOLOGIES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT VBCONVERSIONS LLC,'S MOTION TO DISMISS**

  Plaintiff, Tyler Technologies, Inc. ("Tyler"), files this Unopposed Motion for Extension of Time to File a Response to Defendant VBConversions LLC's ("VBC") Motion to Dismiss. The requested extension is for good cause and not for delay.  Due to the Memorial Day Holiday, Tyler requires additional time to prepare the Response.  VBC does not oppose the extension.

  Wherefore, Tyler respectfully requests that the Court grant this Unopposed Motion for Extension of Time to File Response to Defendant VBC's Motion to Dismiss and extend Tyler's deadline to file its Response to Friday, June 6, 2014.

Dated: May 23, 2014                                    Respectfully submitted,

/s/ Jennifer Klein Ayers
John F. Sullivan, *Lead Attorney*
  Texas State Bar No. 19485010
  john.sullivan@klgates.com
**K&L Gates LLP**
1000 Main St.
Suite 2550
Houston, Texas 77002
713.815.7330
713.815.7301 *Facsimile*

Craig W. Budner
  Texas State Bar No.03313730
  craig.budner@klgates.com
Jennifer Klein Ayers
  Texas State Bar No. 24069322
  jennifer.ayers@klgates.com
**K&L Gates LLP**
1717 Main St.
Suite 2800
Dallas, TX  75201
214.939.5500
214.939.5849 *Facsimile*


**ATTORNEYS FOR PLAINTIFF**
**TYLER TECHNOLOGIES, INC.**


**CERTIFICATE OF CONFERENCE**

    Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Texas, I certify that I conferred with counsel for Defendant, Russ Heald, regarding the relief requested in this Motion on May 20, 2014, and again on May 22, 2014.  Defendant does not oppose the relief requested in this Motion.

                                        */s/ Jennifer Klein Ayers*
                                        Jennifer Klein Ayers

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Texas, I certify that all counsel of record who have appeared in this action have received an electronic copy of this Motion via the Court's ECF/CM system on May 23, 2014.

                                        */s/ Jennifer Klein Ayers*
                                        Jennifer Klein Ayers