IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **TYLER TECHNOLOGIES, INC.,**<br><br>                 **Plaintiff,**<br><br>v.<br><br>**VBCONVERSIONS LLC,**<br><br>                 **Defendant.** | Civil Action No. 4:14-cv-00150 |

**[PROPOSED] ORDER GRANTING PLAINITFF'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO
DEFENDANT VBCONVERSION LLC'S MOTION TO DISMISS**

      Before the Court is Plainitff's Unopposed Motion for Extension of Time to File a Response to Defendant VBConversions LLC's Motion to Dismiss. The Court, having reviewed the Motion, and finding good cause for granting it is of the opinion that the Motion be and hereby is **GRANTED** in all respects.

      **IT IS ORDERED THAT** Plaintiff, Tyler Technologies, Inc.'s deadline to respond to Defendant's Motion to Dismiss is extended to June 6, 2014.