# Exhibit 1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Fax: 213.250.7900
www.lewisbrisbois.com

**DANIEL C. DECARLO**
DIRECT DIAL: 213.680.5066
DAN.DECARLO@LEWISBRISBOIS.COM

**JOSHUA S. HODAS, Ph.D.**
DIRECT DIAL: 213.680.5037
JOSH.HODAS@LEWISBRISBOIS.COM

February 6, 2014

File No.
33162.52

**CONFIDENTIAL SETTLEMENT COMMUNICATIONS**
**FED. RULE OF EVIDENCE § 408**

**VIA FEDERAL EXPRESS DELIVERY**

H. Lynn Moore, Jr.
Executive Vice President and General Counsel
Tyler Technologies, Inc.
5101 Tennyson Parkway
Plano, TX 75024

Re:   Copyright Infringement of VBConversions LLC's Software

Dear Mr. Moore:

We represent VB Conversions LLC ("VBC") with respect to its intellectual property rights. We are contacting you with regards to acts of Copyright Infringement and violations of the Digital Millennium Copyright Act ("DMCA") committed by Tyler Technologies, Inc. ("Tyler") against VBC.

**The Copyrighted Program**

VBC owns the copyrights in the computer program *VB.Net to C# Converter* ("the Copyrighted Software"), created by VBC's principal. The Copyrighted Software is a tool used by software developers to quickly and easily convert the source code of legacy programs written in the Visual Basic programming language into source code in the more modern C# programming language.[1] The copyright in the relevant version of the Copyrighted Software has been duly registered with the U.S. Copyright Office, which assigned it the registration number of TX 6-425-720.  A copy of the registration is attached

---

[1] C# is pronounced, colloquially, as "C-Sharp."

ATLANTA • BEAUMONT • BOSTON • CHARLESTON • CHICAGO • DALLAS • DENVER • FORT LAUDERDALE • HOUSTON • LA QUINTA • LAFAYETTE • LAS VEGAS • LOS ANGELES • MADISON COUNTY
NEW ORLEANS • NEW YORK • NEWARK • ORANGE COUNTY • PHOENIX • SACRAMENTO • SAN BERNARDINO • SAN DIEGO • SAN FRANCISCO • SEATTLE • TAMPA • TEMECULA • TUCSON

4834-9927-6310.4

H. Lynn Moore, Jr
February 6, 2014
Page 2

hereto as **Exhibit A**. A copy of the registration of the assignment transferring all rights in the Copyrighted Software to our client is attached hereto as **Exhibit B**.

The Copyrighted Software is distributed on the Internet under a shareware/trialware model in which a capability-limited version is available for download under a limited license for free. As initially downloaded, the Copyrighted Software may be used for up to fifteen (15) days. When this time limit is reached, the Copyrighted Software is disabled and ceases to function. Further, during that period, the Copyrighted Software will only function to convert Visual Basic projects consisting of up to two-thousand (2,000) lines of code. It will not process larger projects. A user who determines that the Copyrighted Software meets his or her needs and wishes to remove the capability limitations must register (online) with VBC and pay a license fee, after which the user is provided a "key" used to unlock the full function of the Copyrighted Software.

An End User License Agreement ("EULA") is displayed and must be agreed to any time a copy of the Copyrighted Software (whether in capability-limited or fully-unlocked mode) is first run on a given computer. The EULA sets forth the license terms for the software including the requirement that the license fee be paid in order to utilize the unlocked features.

Despite VBC's best efforts, illicit and fraudulent keys for the Copyrighted Software have appeared on various Internet sites popular with computer hackers. Such keys can be used to circumvent the technological measures in place to control access to the full version of the Copyrighted Software and register it without payment of the requisite license fee. Such hacking gets an unscrupulous user access to the full version of the Copyrighted Software for free, depriving VBC of its license fee. In addition to the illicit keys available online, "pre-hacked" copies of the Copyrighted Software—which have already had an illicit key applied— are also available for download by unscrupulous users from such hacker sites.

It is not possible for VBC to foreclose the use of such illicit keys and pre-hacked versions without significantly impairing the functionality and value of the Copyrighted Software for its legitimate licensees. In self-defense, therefore, VBC has adopted a tracking system which identifies and reports to VBC's server computers information about each use of any copy of the Copyrighted Software. This information collected is sufficient to identify infringing uses of the Copyrighted Software and, often, the identity of the infringer. The EULA which the user affirms upon running any version of the Copyrighted Software for the first time on a given computer informs the user informed that this information will be gathered in conjunction with use of the Copyrighted Software.

Analysis of the collected data has identified evidence that Tyler engaged in significant illicit and infringing use of a copy of the Copyrighted Software unlocked illegally using a fraudulent key code apparently obtained from a hacking web site.

H. Lynn Moore, Jr
February 6, 2014
Page 3

### Tyler's Hacking and Use of the Copyrighted Software

On October 17, 2011 at approximately 9:30a.m. CST, a user identified as "Syed.Fahad" using a computer identified as "CHI-SFAHAD" in the domain "CHI-SFAHAD" installed and launched the capability-limited copy of the Copyrighted Software. The computer had an external IP address of 70.91.247.49 and an internal address of 192.168.11.9.

At that time the Copyrighted Software first ran, the user was presented with and accepted the EULA. The Copyrighted Software reported the acceptance of the EULA to VBC's server.

The user then proceeded to register the Copyrighted Software under the name "Syed Muhammad Fahad" and email address "uknowsana@gmail.com". When asked to enter the key he had purchased from VBC, he instead entered "P0S65-80U92-DJ239-2500H-5Q828". While this is a valid key which will serve to unlock the Copyrighted Software, it belongs to a user in Quebec, Canada who purchased it in 2007. This code has apparently been stolen or reverse engineered and published on a crack site, as it has been encountered in numerous infringements.

It is evident that, with the purpose of avoiding paying the licensing fee for the Copyrighted Software, the user searched the Internet and illicitly acquired this code which he then entered into the registration system. The EULA, which the user had just affirmed, specifically bars the use of illicit keys. The use of such a key amounts to a circumvention of technological measures in place to control access to the full version and, therefore, is a direct violation of the DMCA.

For reasons that will be set forth below, VBC believes that this same user had already confirmed the value of the Copyrighted Software to his purpose prior to this date. In November 2006 a user named "syed abu fahad" working for "mazikpakistan" made extensive use of the trialware version of versions 2.04 and 2.06 of the Copyrighted Software to evaluate its usefulness. In January 2010, the same user unsuccessfully attempted to unlock version 2.26 of the Copyrighted Software first by entering a string of 25 "1"s, then by entering 25 "a"s.

Having illegally unlocked the Copyrighted Software, two days later, on October 19, 2011 at approximately 11:45 a.m., the user tested his exploit by using the Copyrighted Software to convert a 656,215 line Visual Basic file named "MZKObj.vbproj" to 840,107 lines of C# code. This one conversion processed over three-hundred times as many lines of code as allowed with the trialware version.

Beginning at approximately 3:10 p.m. that afternoon, and continuing for over an hour, the user used the illegally cracked program to convert at least 69 Visual Basic modules containing at least 982,329 lines of Visual Basic code to 1,220,007 lines of C# code.

H. Lynn Moore, Jr
February 6, 2014
Page 4

Beginning again at approximately 6:30 p.m. that evening, and continuing for another hour, the user employed the illegally cracked copy of the Copyrighted Software to convert at least 62 modules containing at least 955,280 lines of Visual basic code to 1,186,029 lines of C# code.[2]

A complete list of the modules converted is provided in Exhibit "C".[3]

### Evidence that the Infringement was Committed by Tyler's Employee on its Behalf

As noted above, each time the Copyrighted Software is run or performs a significant task, it collects a variety of information about the computer, user and usage and transmits this to VBC servers. Based on the information collected from this user's usage, it is clear that his infringement occurred in the course of his work for Tyler, which was the ultimate beneficiary of his infringement.

While the user provided the email address uknowsana@gmail.com when he cracked the Copyrighted Software, the Copyrighted Software also requests email addresses from Windows when the Copyrighted Software is used. In this case, Windows reported back that the user had the following email addresses: fahadsomnia7@live.com, fatima_shamim246@hotmail.com, smfahad047@hotmail.com, and, most importantly, Syed.Fahad6@tylertech.com.

Further, each time a user converts a file of Visual Basic source code, the Copyrighted Software collects certain information about and from the original file. In this case, several of the files converted included copyright notices identifying Tyler as the owner of the source code, or otherwise referencing Tyler or TSIS (which is Tyler's acronym for Tyler Student Information System). Many other files similarly implicate Mazik, a company that develops student information systems and was acquired at least in part by Tyler in 2006.[4]

---

[2] Throughout the afternoon and evening sessions, the computer had an external IP address of 67.176.156.90 and an internal IP address of 10.197.55.24. Other than that, the user and computer information recorded at VBC's servers was identical to that used at the time of registration and initial testing.

[3] It is common for a programmer working with the Copyrighted Software to translate certain project files multiple times in order to work through parts of the source code that may need minor modifications in order to translate properly.

[4] The 2006 and 2010 uses, referred to above, of the then-currrent trialware versions of the Copyrighted Software, and attempt to crack same, emanated from Mazik's facilities in Pakistan, thus further linking that user ("syed abu fahad") with this one ("Syed.Fahad").

H. Lynn Moore, Jr
February 6, 2014
Page 5

### VBC's Damages and Demand

The evidence is unequivocal that Tyler, by and through its employee(s), has willfully infringed VBC's rights in the Copyrighted Software. The cracking and illicit uses of the of the Copyrighted Software all occurred on a machine at IP addresses believed to have been owned by, assigned to, or otherwise associated with Tyler. The user of the Copyrighted Software was identified by a Tyler email address.  Many of the source code files converted carried Tyler (or Mazik) copyright notices or related indicia of ownership.

That the user obtained and introduced an illicit key code after first affirming the EULA setting forth legitimate use under the license (and after his earlier evaluation of the Copyrighted Software and earlier attempts to crack it) is *per se* evidence of Tyler's willful intent to circumvent the technological measures protecting the Copyrighted Software and to make infringing copies and use of the Copyrighted Software.

Under the Copyright Act, VBC is entitled to its damages which includes its losses plus the profits derived by Tyler related to the infringing use of the Copyrighted Software. See 17 U.S.C. § 504. At this point, we have insufficient information to determine the profits accrued by Tyler related to the infringement.  Thus, if this matter proceeds to litigation, VBC will conduct extensive discovery sufficient to ascertain what profits accrued to Tyler as a result of Tyler's infringing usage and other infringing acts of Tyler.

However, the activity outlined above unquestionably amounts to willful copyright infringement.  Indeed, searching out illegal means of accessing the Copyrighted Software once learning of the value of the Copyrighted Software—all for the venal purpose of avoiding the license fee—is the very essence of a knowing and willful infringement.  As such, our client is entitled to *at least* a statutory damage award of $150,000.00.  See 17 U.S.C. § 504(c)(2). You should also be advised that pursuant to 17 U.S.C. § 505 our client would be entitled to its attorneys' fees should the matter be litigated.  Under the DMCA, VBC would also be entitled to separate statutory damages in an amount of up to $2,500.00 per use of the pre-hacked copy of the Copyrighted Software to circumvent the technological means put in place to protect the Copyrighted Software.

While our client is unquestionably entitled to an amount at least exceeding $150,000.00, it is nonetheless willing to resolve this matter for $135,000.00.  In addition, we will require verification from Tyler that the infringing copies of the Copyrighted Software have been purged and that no further use of any kind will be made of the infringing copies and codes.

Please be advised that, should Tyler force VBC to proceed with litigation, the $135,000 demand will be withdrawn and VBC will not settle in the future for less than that amount. On a going-forward basis, VBC will insist on recovering all damages, including the greater of actual damages (including profits derived from Tyler's infringing use), and statutory damages as well as all its attorneys' fees incurred in pursuing the case.

H. Lynn Moore, Jr
February 6, 2014
Page 6

We appreciate that you will need time to verify the information we have provided here with Tyler's IT staff and otherwise collect relevant information. Therefore, we would request that you provide us with a response within ten days from the date of this letter.[5]

Nothing contained in this letter is intended to be or should be deemed to be a waiver, abridgment, alteration, modification or reduction of any rights, claims or remedies that VBC may have in regard to this matter and all such rights, claims and remedies, whether at law or equity, are hereby expressly reserved.

Very truly yours,

Daniel C. DeCarlo of, and
Joshua S. Hodas, Ph.D. for
LEWIS BRISBOIS BISGAARD & SMITH LLP

Enclosure

---

[5] We believe the hard drives used on the computers mentioned above contain evidence of infringement. We ask that, in accordance with the preservation obligations of the Federal Rules of Evidence and Civil Procedure, all hard drives and other storage media used on or in connection with the above identified computers for the relevant period be set aside for examination and copying if the parties are unable to resolve their differences without resorting to litigation. The hard drives should be identified, removed, set aside and preserved in good order away from human contact and climactic changes which may affect the stored information.

We further remind you of Tyler's obligation to put in place a Litigation Hold on all data, writings or documents of any kind or nature that may, in any way, be related to the matters set forth elsewhere in this letter.

H. Lynn Moore, Jr
February 6, 2014
Page 7

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work

**TX 6-425-720**

**EFFECTIVE DATE OF REGISTRATION**
Jul 26 2006

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**TITLE OF THIS WORK ▼**
VB.NET to C# CONVERTER, VERSION 2 0

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

---

**NAME OF AUTHOR ▼**
DAVID CROOK

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1964   Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
NEW AND REVISED COMPUTER PROGRAM TEXT

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE** Under the law the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2006

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ JULY   Day ▶ 10   Year ▶ 2006
UNITED STATES  ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

DAVID CROOK
11184 Antioch #179
Overland Park, KS 66210

APPLICATION RECEIVED
JUL 26 2006
ONE DEPOSIT RECEIVED
JUL 26 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions. Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ pages

EXAMINED BY AJ

CHECKED BY

CORRESPONDENCE
☑ Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ TX 6-285-849   Year of Registration ▶ 2004

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

VB NET to C# CONVERTER, VERSION 1.0

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

NEW AND REVISED COMPUTER PROGRAM TEXT

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                           Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
DONALD M. GINDY
DONALD M. GINDY, PLC
1880 CENTURY PARK EAST, SUITE 615 LOS ANGELES, CA 90067

Area code and daytime telephone number ▶ (310) 772-0585    Fax number ▶ (310) 772-0018
Email ▶ don@gindylaw.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
DAVID CROOK                                    Date ▶ 7/18/2006

Handwritten signature (X) ▼
X _David A. Crook_

Certificate will be mailed in window envelope to this address.

Name ▼
DAVID CROOK

Number/Street/Apt ▼
11184 Antioch #179

City/State/Zip ▼
Overland Park, KS 66210

17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

TOTAL P.05

H. Lynn Moore, Jr
February 6, 2014
Page 8

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**
**TX 7-317-237**

**Effective date of registration:**
March 14, 2011

---

## Title
**Title of Work:** Assignment of Rights

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** September 1, 2010      **Nation of 1st Publication:** United States

## Author
- **Author:** david a crook
  **Author Created:** text, computer program
  **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** VBConversions LLC
1428 2nd Street, suite 100, santa monica, CA, 90401, United States
**Transfer Statement:** By written agreement

## Limitation of copyright claim
**Material excluded from this claim:** computer program
**Previous registration and year:** tx0006285849    2004
tx0006425720    2006
**New material included in claim:** text

## Rights and Permissions
**Organization Name:** donald m gindy, plc
**Address:** 1880 century park east
suite 615
los angeles, CA 90067  United States

## Certification

Page 1 of

Registration #: TX0007317237
Service Request #: 1-483119381

donald m. gindy, plc
1880 century park east
suite 615
los angeles, CA 90067 United States

H. Lynn Moore, Jr
February 6, 2014
Page 9

# EXHIBIT C

## MODULES CONVERTED USING ILLEGALLY UNLOCKED COPY OF THE COPYRIGHTED SOFTWARE

October 19, 2011, 11:45 a.m.

| Project Name | VB Lines | C# Lines |
| --- | --- | --- |
| MZKObj.vbproj | 656,215 | 840,107 |

October 19, 2011, 3:10 p.m.

| Project Name | VB Lines | C# Lines |
| --- | --- | --- |
| MzkMailMergeLib.vbproj | 346 | 356 |
| SSRSCrypto.vbproj | 245 | 357 |
| SSRSCrypto.vbproj | 382 | 439 |
| MzkMailMergeLib.vbproj | 346 | 356 |
| MzkMailMergeLib.vbproj | 346 | 356 |
| AcademicHistory.vbproj | 23,649 | 29,937 |
| MzkMailMergeLib.vbproj | 346 | 356 |
| SSRSCrypto.vbproj | 245 | 357 |
| SSRSCrypto.vbproj | 382 | 439 |
| AcademicHistory.vbproj | 23,649 | 30,048 |
| AddressValidation.vbproj | 4,987 | 6,207 |
| AuditTrail.vbproj | 558 | 726 |
| CacheInterface.vbproj | 160 | 194 |
| CommentsSetup.vbproj | 1,696 | 2,150 |
| AcademicYearRollover.vbproj | 28,489 | 34,401 |
| CounselorAdmin.vbproj | 4,246 | 5,370 |
| DataDef.vbproj | 33,724 | 41,883 |
| Counselor.vbproj | 30,506 | 37,444 |
| Discipline.vbproj | 21,143 | 26,571 |
| DistrictAdmin.vbproj | 3,065 | 3,871 |
| District.vbproj | 7,866 | 9,577 |
| DocumentManager.vbproj | 2,873 | 3,663 |
| FileGenerator.vbproj | 1,010 | 1,200 |
| Goals.vbproj | 69,144 | 84,877 |
| Gradebook.vbproj | 54,982 | 69,081 |
| FeeBilling.vbproj | 32,408 | 38,291 |
| GradingSetup.vbproj | 3,458 | 4,480 |

H. Lynn Moore, Jr
February 6, 2014
Page 11

| File | | |
|---|---:|---:|
| GradeReporting.vbproj | 22,395 | 27,291 |
| GraduationPlan.vbproj | 8,607 | 10,850 |
| HR.vbproj | 20,617 | 25,662 |
| HealthAdmin.vbproj | 40,756 | 50,181 |
| Lockers.vbproj | 6,334 | 7,759 |
| MazikDBLogger.vbproj | 218 | 265 |
| MazikUSA.Framework.ApplicationCaching.vbproj | 203 | 257 |
| MazikUSA.Framework.Cryptography.vbproj | 262 | 339 |
| MazikUSA.Framework.DataAccessLayer.vbproj | 3,541 | 4,110 |
| MazikUSA.Framework.ExceptionManagement.vbproj | 577 | 695 |
| Membership.vbproj | 3,038 | 3,741 |
| MobileWebSite.vbproj | 5,991 | 8,420 |
| MyLinks.vbproj | 622 | 742 |
| MyLinksAdmin.vbproj | 1,222 | 1,506 |
| MyReferrals.vbproj | 5,377 | 6,552 |
| LessonPlan.vbproj | 17,095 | 20,949 |
| MZKGrids.vbproj | 1,793 | 2,300 |
| MyStudents.vbproj | 12,425 | 15,414 |
| Parent.vbproj | 37,391 | 47,454 |
| PGPAdmin.vbproj | 8,407 | 10,405 |
| PrinterFriendly.vbproj | 41 | 92 |
| RDLUploader.vbproj | 9,557 | 13,005 |
| Registration.vbproj | 50,171 | 62,335 |
| ReportParameters.vbproj | 21,029 | 26,473 |
| SchoolAdmin.vbproj | 3,185 | 3,940 |
| SchoolCalendar.vbproj | 11,349 | 14,062 |
| SchoolCourseCatalog.vbproj | 16,444 | 19,963 |
| SchoolPolicies.vbproj | 7,710 | 9,507 |
| Security.vbproj | 82,239 | 100,981 |
| ServiceManager.vbproj | 1,735 | 2,177 |
| SpedBoundary.vbproj | 6,853 | 9,022 |
| SPEDUI.vbproj | 47,772 | 61,686 |
| StaffAttendance.vbproj | 6,927 | 8,744 |
| StateCourseCatalog.vbproj | 14,672 | 17,970 |
| StateReports.vbproj | 25,054 | 31,793 |
| Strands.vbproj | 13,858 | 16,724 |
| StudentAttendance.vbproj | 59,642 | 73,529 |
| StudentClassRankManagement.vbproj | 5,636 | 7,213 |

H. Lynn Moore, Jr
February 6, 2014
Page 12

| | | | |
|---|---:|---:|---|
| StudentHealthDetails.vbproj | 35,997 | 43,730 | |
| StudentManagement.vbproj | 8,195 | 10,106 | |
| Subjects.vbproj | 5,581 | 7,103 | |
| SubstituteTeachers.vbproj | 1,560 | 1,973 | |

October 19, 2011, 6:30 p.m.

| | | |
|---|---:|---:|
| MzkMailMergeLib.vbproj | 346 | 356 |
| SSRSCrypto.vbproj | 245 | 357 |
| SSRSCrypto.vbproj | 382 | 439 |
| AcademicHistory.vbproj | 23,649 | 30,048 |
| AddressValidation.vbproj | 4,987 | 6,207 |
| AuditTrail.vbproj | 558 | 726 |
| CacheInterface.vbproj | 160 | 194 |
| CommentsSetup.vbproj | 1,696 | 2,150 |
| AcademicYearRollover.vbproj | 28,489 | 34,401 |
| CounselorAdmin.vbproj | 4,246 | 5,370 |
| DataDef.vbproj | 33,724 | 41,883 |
| Counselor.vbproj | 30,506 | 37,444 |
| Discipline.vbproj | 21,143 | 26,571 |
| District.vbproj | 7,866 | 9,577 |
| DistrictAdmin.vbproj | 3,065 | 3,871 |
| DocumentManager.vbproj | 2,873 | 3,663 |
| FileGenerator.vbproj | 1,010 | 1,200 |
| Goals.vbproj | 69,144 | 84,877 |
| Gradebook.vbproj | 54,982 | 69,081 |
| FeeBilling.vbproj | 32,408 | 38,291 |
| GradingSetup.vbproj | 3,458 | 4,480 |
| GradeReporting.vbproj | 22,395 | 27,291 |
| GraduationPlan.vbproj | 8,607 | 10,850 |
| HR.vbproj | 20,617 | 25,662 |
| HealthAdmin.vbproj | 40,756 | 50,181 |
| Lockers.vbproj | 6,334 | 7,759 |
| MazikDBLogger.vbproj | 218 | 265 |
| MazikUSA.Framework.ApplicationCaching.vbproj | 203 | 257 |
| MazikUSA.Framework.Cryptography.vbproj | 262 | 339 |
| MazikUSA.Framework.DataAccessLayer.vbproj | 3,541 | 4,110 |
| MazikUSA.Framework.ExceptionManagement.vbproj | 577 | 695 |
| Membership.vbproj | 3,038 | 3,741 |
| MobileWebSite.vbproj | 5,991 | 8,420 |
| MyLinks.vbproj | 622 | 742 |
| MyLinksAdmin.vbproj | 1,222 | 1,506 |

| File | | |
|---|---:|---:|
| MyReferrals.vbproj | 5,377 | 6,552 |
| LessonPlan.vbproj | 17,095 | 20,949 |
| MZKGrids.vbproj | 1,793 | 2,300 |
| MyStudents.vbproj | 12,425 | 15,414 |
| Parent.vbproj | 37,391 | 47,454 |
| PGPAdmin.vbproj | 8,407 | 10,405 |
| PrinterFriendly.vbproj | 41 | 92 |
| RDLUploader.vbproj | 9,557 | 13,005 |
| Registration.vbproj | 50,171 | 62,335 |
| ReportParameters.vbproj | 21,029 | 26,473 |
| SchoolAdmin.vbproj | 3,185 | 3,940 |
| SchoolCalendar.vbproj | 11,349 | 14,062 |
| SchoolCourseCatalog.vbproj | 16,444 | 19,963 |
| SchoolPolicies.vbproj | 7,710 | 9,507 |
| Security.vbproj | 82,239 | 100,981 |
| SpedBoundary.vbproj | 6,853 | 9,022 |
| SPEDUI.vbproj | 47,772 | 61,686 |
| StaffAttendance.vbproj | 6,927 | 8,744 |
| StateCourseCatalog.vbproj | 14,672 | 17,970 |
| StateReports.vbproj | 25,054 | 31,793 |
| Strands.vbproj | 13,858 | 16,724 |
| StudentAttendance.vbproj | 59,642 | 73,529 |
| StudentClassRankManagement.vbproj | 5,636 | 7,213 |
| StudentHealthDetails.vbproj | 35,997 | 43,730 |
| StudentManagement.vbproj | 8,195 | 10,106 |
| Subjects.vbproj | 5,581 | 7,103 |
| SubstituteTeachers.vbproj | 1,560 | 1,973 |