IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> VBCONVERSIONS LLC, <br><br> Defendant. | Civil Action No. 4:14-cv-00150 |

**[PROPOSED] ORDER GRANTING PLAINTIFF TYLER TECHNOLOGIES, INC.'S MOTION TO STRIKE CERTAIN PORTIONS OF MR. DAVID A CROOK'S AFFIDAVIT IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR TRANSFER**

The Court, having considered Plaintiff Tyler Technologies, Inc.'s Motion to Strike Certain Portions of Mr. David A. Crook's Affidavit in Support of Defendant's Motion to Dismiss or Transfer finds good cause for **GRANTING** the Motion.  Accordingly, it is hereby **ORDERED** that the following portions of Mr. Crook's Affidavit are hereby stricken from the record:

> "a user employed by Tyler, (believed to be named 'Sayed [sic] Muhammad Fahad') installed and launched the capability-limited copy of the Copyrighted Software on a computer operating on Tyler's network." (Aff., ¶ 10)

> "after accepting the EULA the user—Tyler's apparent employee—proceeded to register the program as though a valid license had been purchased from VBC."  (Aff., ¶ 11)