

Home › Windows Software › Developer Tools › IDE Software › Microsoft Visual Studio 2010 Professional

# Microsoft Visual Studio 2010 Professional

 917 Like
Tweet
g+1


Download Now
CNET Secure Download

**CNET Editors' note:** The Download Now link will download a small installer file (4.4MB) to your desktop. Remain online and double-click the installer to proceed with the actual download (3389.6 MB).

**Publisher's Description**

From Microsoft:
Microsoft Visual Studio 2010 Professional is an integrated environment that simplifies the basic tasks of creating, debugging and deploying applications. Let Visual Studio 2010 Professional unleash your imagination and easily deliver your ideas.

**Average User Rating:**
★★★★★
out of 22 votes
See all user reviews

**Quick Specs**
Version:
10.0.30319.1

File size:
4.33MB

Date added:
April 26, 2011

Price:
Free to try (30-day trial); $799.00 to buy (Buy it now)

Operating system:
Windows XP/Vista/7/Server 2003 x86 R2/x64 R2/2008 x86/x64

Total downloads:
1,039,127

Downloads last week:
6,649

Product ranking:
#1 in IDE Software