IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TYLER TECHNOLOGIES, INC. | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | Case No. 4:14-cv-150 |
| | § | |
| VBCONVERSIONS, LLC | § | |
|     Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Tyler Technologies, Inc. ("Tyler") and Defendant VBConversions, LLC ("VBC") (collectively, "Parties") submit this Joint Stipulation of Dismissal, dismissing all claims with prejudice.  The Parties shall bear their own attorneys' fees, costs and expenses.

Date: August 11, 2014                                    Respectfully submitted,

For Plaintiff Tyler Technologies, Inc.                   For Defendant VBConversions, LLC

/s/ Jennifer Klein Ayers                                 /s/ Russell W. Heald
John F. Sullivan, *Lead Attorney*                        RUSSELL W. HEALD
  Texas State Bar No. 19485010                    Texas State Bar No. 09326700
  john.sullivan@klgates.com                        Russell.Heald@lewisbrisbois.com
**K&L Gates LLP**                                        **Lewis Brisbois Bisgaard & Smith LLP**
1000 Main St.                                            550 Fannin, Suite 800
Suite 2550                                               Beaumont, Texas 77701
Houston, Texas 77002                                     409.838.6767
713.815.7330                                             409.838.6950 *Facsimile*
713.815.7301 *Facsimile*

                                                     Of Counsel:

Jennifer Klein Ayers
  Texas State Bar No. 24069322                  Daniel C. Decarlo
  jennifer.ayers@klgates.com                      California State Bar No. 160307
**K&L Gates LLP**                                          Dan.Decarlo@lewisbrisbois.com
1717 Main St.                                            Joshua S. Hodas
Suite 2800                                                 California State Bar No. 250802
Dallas, TX  75201                                          josh.hodas@lewisbrisbois.com
214.939.5500                                             **Lewis Brisbois Bisgaard & Smith LLP**
214.939.5849 *Facsimile*                                 221 North Figueroa Street, Suite 1200
                                                     Los Angeles, California 90012
                                                     213.250.1800
                                                     213.250.7900 *Facsimile*

### CERTIFICATE OF SERVICE

     Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Texas, I certify that all counsel of record who have appeared in this action have received an electronic copy of this Stipulation via the Court's ECF/CM system on August 11, 2014.

                                                    /s/ Jennifer Klein Ayers
                                                    Jennifer Klein Ayers